IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERESE SWENSON,

     Plaintiff,                     No. CIV S-07-0008 MCE CMK

     vs.

UNITED STATES OF AMERICA,

     Defendant.

_____/         ORDER

     On April 10, 2007, plaintiff filed an "Answer to Motion for Summary Judgment, and Memorandum of Points and Authorities." (Doc. 9.) In her motion, plaintiff asserts that the undersigned is without jurisdiction to hear defendant's motion for summary judgment, which is set for hearing on May 15, 2007. In support of her argument, plaintiff draws the court's attention to Local Rule 73-301(c)(21), which, in Sacramento, refers all cases in which one party is proceeding pro se to the magistrate judge, including dispositive and non-dispositive motions. Plaintiff argues that the Local Rule does not apply to the undersigned because he is located in Redding.

     Plaintiff is mistaken. The undersigned is part of the Sacramento Division of the Eastern District and is included in general referral order of Local Rule 73-301(c)(21). See Local Rule 3-120(b) & (d). In short, the undersigned has jurisdiction to hear and to issue findings

1  and recommendations on the defendant's motion for summary judgment.  Accordingly,

2  plaintiff's motion to take the pending summary judgment motion off calendar and to have this

3  matter heard in Sacramento will be denied.

4              IT IS ORDERED THAT plaintiff's motion to take the pending motion for

5  summary judgment off calendar and to have this motion heard in Sacramento is DENIED.

6

7  DATED:  April 13, 2007.

8

9                                                    _____
                                                     **CRAIG M. KELLISON**
10                                                   UNITED STATES MAGISTRATE JUDGE

2