1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THERESE SWENSON,

11               Plaintiff,                    No. CIV S-07-0008 MCE CMK

12          vs.

13   UNITED STATES OF AMERICA,

14               Defendant.

15   _____/          ORDER

16               The motion for summary judgment, scheduled for hearing on May 15, 2007 is

17   submitted without oral argument pursuant to Local Rule 78-230(h). The hearing date of May 15,

18   2007 is vacated.

19               IT IS SO ORDERED.

20

21   DATED:   April 19, 2007.

22

23                                            _____
                                              CRAIG M. KELLISON
24                                            UNITED STATES MAGISTRATE JUDGE

25

26