IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERESE SWENSON,

     Plaintiff,                       No. CIV S-07-0008 MCE CMK

    vs.

UNITED STATES OF AMERICA,

     Defendant.

_____/           <u>ORDER</u>

        Defendant recently filed a reply to plaintiff's April 30, 2007 "Answer in Opposition to Motion for Summary Judgment."  In the caption of defendant's reply, defendant noted that defendant's motion for summary judgment was set for hearing on May 15, 2007 before the undersigned.  For clarification for both parties, the undersigned notes that the hearing date on defendant's motion for summary judgment has been vacated.  (Doc. 11).  The court took the motion for summary judgment under advisement after plaintiff filed two responses to the defendant's motion (March 26, 2007 "Traverse and Demand for Jury Trial" and April 10, 2007 "Answer to Motion for Summary Judgment and Request the Motion be Taken off Calendar...")

///

///

///

1     The court has construed plaintiff's April 30, 2007 filing as objections to the
2 court's April 20, 2007 findings and recommendations, and the court will construe defendant's
3 reply as a response to the objections.
4     IT IS ORDERED that the hearing on defendant's motion for summary judgment
5 was vacated on April 20, 2007, and it has not been placed back on the calendar.  There is no
6 hearing set in this matter for May 15, 2007.

8 DATED:  May 7, 2007.

10                          **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE