IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE SWENSON, | No. 2:07-cv-00008-MCE-CMK |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| UNITED STATES OF AMERICA, | |
| _____Defendant. | |
| _____/ | |

    On April 23, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 13, 2007 denying plaintiff's motion to take defendant's motion for summary judgment off the magistrate judge's calendar and to have the motion heard in Saramento. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed April 13, 2007, is affirmed.

3  Dated: May 14, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2