IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERESE SWENSON,                              No. 2:07-cv-00008-MCE-CMK

       Plaintiff,

   v.                                                          <u>ORDER</u>

UNITED STATES OF AMERICA,

       Defendant.

_____/

     Plaintiff, who is proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On April 20, 2007, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. On April 30, 2007, the plaintiff filed what a document entitled "Answer to Motion for Summary Judgment," which the court construes as objections because plaintiff had filed two previous responses in opposition to the defendant's motion for summary judgment (March 26, 2007 and April 10, 2007).

///

The undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 20, 2007, are adopted in full;

2. Defendant's motion for summary judgment is granted.

Dated: May 17, 2007

_____

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE